# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2008

Clifford W. Taylor,
Chief Justice

137061

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GREGORY G. SINICROPI,
　　　　　Plaintiff-Appellant,

v

HOLLY V. MAZUREK,
　　　　　Defendant-Appellee,
and

MARTIN A. POWERS,
　　　　　Intervening
　　　　　Defendant-Appellee.
_____/

SC: 137061
COA: 281726
Jackson CC: 05-002154-DP

　　　　On order of the Court, the application for leave to appeal the July 1, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　CAVANAGH, J., would grant leave to appeal to address the constitutional due process issues related to the rights of the biological father.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2008

_____
Clerk